UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-23951-Civ-COOKE/GOODMAN**

ANDRES GOMEZ, on his own and on
behalf of all other individuals similarly situated,

    Plaintiff,

vs.

RYDER SYSTEM, INC., a Florida corporation,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON MEDIATION REPORT**

THIS CASE is before me on Plaintiff's Notice of Sttlement (ECF No. 22). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, shall be filed within thirty (30) days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 5th day of Febraury 2018.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*