UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23951-Civ-COOKE/GOODMAN

ANDRES GOMEZ, on his own and on
behalf of all other individuals similarly situated,

    Plaintiff,

vs.

RYDER SYSTEM, INC., a Florida corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. *See* Stip. Dismissal with Prejudice, ECF No. 25. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE and ORDERED** in Chambers, at Miami, Florida, this 9th day of February 2018.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*